UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-96-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBBIE GLENN REVELS | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 56 and its accompanying Orders in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED.

This the 10 day of February, 2017

THE HONORABLE JAMES C. DEVER III
Chief United States District Judge