IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:15-CR-096-D

| UNITED STATES OF AMERICA, | **ORDER** [SEALED] |
|---|---|
| v. | |
| ROBBIE GLEN REVELS | |

Before the Court for consideration is Defendant Robbie Glen Revels's Motion to Seal Proposed Sealed Document, Docket Number 62. For good cause shown, the Defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 62 shall be and is hereby sealed.

SO ORDERED, this the __13__ day of April 2017.

Hon. James C. Dever III
Chief U.S. District Judge