IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:15-CR-96

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | |
| ROBBIE GLEN REVELS | |

Before the Court for consideration is Defendant Robbie Revel's Motion to Seal Proposed Sealed Document, Docket Number 70. For good cause shown, the Defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 70 shall be and is hereby sealed.

SO ORDERED, this the __5__ day of June 2017.

HON. JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE